DAVID B. BARLOW, United States Attorney (#13117)
JACOB S. TAYLOR, Special Assistant United States Attorney (#10840)
TYLER L. MURRAY, Assistant United States Attorney (#10308)
Attorneys for the United States of America
348 East South Temple
Salt Lake City, Utah  84111
Tel: (801) 524-3083 ▪ Fax: (801) 524-4366
E-mail: jacobstaylor@utah.gov

FILED
U.S. DISTRICT COURT

2013 MAR -6  D 4: 09

DISTRICT OF UTAH

BY:_____
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT

DISTRICT OF UTAH, CENTRAL DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>vs.<br><br>VIATRIZ HERRERA-MARTINEZ, and<br>ANGEL RODRIGUEZ-NAVARRO,<br><br>    Defendants. | **SECOND SUPERSEDING INDICTMENT**<br><br>21 U.S.C. § 841(a)(1), DISTRIBUTION OF METHAMPHETAMINE (Counts 1-3, Herrera-Martinez & Rodriguez-Navarro)<br><br>21 U.S.C. § 841(a)(1), DISTRIBUTION OF METHAMPHETAMINE (Count 4, Rodriguez-Navarro)<br><br>21 U.S.C. § 841(a)(1), POSSESSION OF METHAMPHETAMINE WITH INTENT TO DISTRIBUTE (Count 5, Herrera-Martinez)<br><br>21 U.S.C. § 853, CRIMINAL FORFEITURE<br><br>Case: 2:12-CR-00603-DN<br><br>Judge David Nuffer |

The Grand Jury charges:

## COUNT 1

On or about August 6, 2012 in the Central Division of the District of Utah,

VIATRIZ HERRERA-MARTINEZ and ANGEL RODRIGUEZ-NAVARRO, defendants herein, did knowingly and intentionally distribute fifty (50) grams or more of methamphetamine, a schedule II controlled substance, within the meaning of 21 U.S.C. § 812, and did aid and abet therein, in violation of 21 U.S.C. § 841(a)(1) and 18 U.S.C. §2; and punishable pursuant to 21 U.S.C. § 841(b)(1)(A).

## COUNT 2

On or about August 16, 2012 in the Central Division of the District of Utah,

VIATRIZ HERRERA-MARTINEZ and ANGEL RODRIGUEZ-NAVARRO, defendants herein, did knowingly and intentionally distribute fifty (50) grams or more of methamphetamine, a schedule II controlled substance, within the meaning of 21 U.S.C. § 812, and did aid and abet therein, in violation of 21 U.S.C. § 841(a)(1) and 18 U.S.C. §2; and punishable pursuant to 21 U.S.C. § 841(b)(1)(A).

## COUNT 3

On or about September 16, 2012 in the Central Division of the District of Utah,

VIATRIZ HERRERA-MARTINEZ and ANGEL RODRIGUEZ-NAVARRO, defendants herein, did knowingly and intentionally distribute five (5) grams or more of methamphetamine, a schedule II controlled substance, within the meaning of 21 U.S.C. § 812, and did aid and abet therein, in violation of 21 U.S.C. § 841(a)(1) and 18 U.S.C. §2; and punishable pursuant to 21 U.S.C. § 841(b)(1)(B).

## COUNT 4

On or about September 19, 2012 in the Central Division of the District of Utah,

ANGEL RODRIGUEZ-NAVARRO,

defendant herein, did knowingly and intentionally distribute fifty (50) grams or more of methamphetamine, a schedule II controlled substance, within the meaning of 21 U.S.C. § 812, and did aid and abet therein, in violation of 21 U.S.C. § 841(a)(1) and 18 U.S.C. §2; and punishable pursuant to 21 U.S.C. § 841(b)(1)(A).

## COUNT 5

On or about September 19, 2012, in the Central Division of the District of Utah,

VIATRIZ HERRERA-MARTINEZ,

the defendant herein, did knowingly and intentionally possess with intent to distribute fifty (50) grams or more of methamphetamine, a schedule II controlled substance within the meaning of 21 U.S.C. § 812, and did aid and abet therein, in violation of 21 U.S.C. § 841(a)(1); and punishable pursuant to 21 U.S.C. § 841(b)(1)(A).

## NOTICE OF INTENT TO SEEK CRIMINAL FORFEITURE

As a result of committing the felony offenses as alleged above, each of which is punishable by imprisonment for more than one year, the above-named defendants shall forfeit to the United States pursuant to 21 U.S.C. § 853 any and all property constituting or derived from any proceeds the defendants obtained directly or indirectly as a result of the said felony offenses and any and all property, real and personal, used or intended to be used in any manner or part to commit and to facilitate the commission of the violations of 21 U.S.C. § 841(a)(1), including but not limited to the following: $3,130 U.S. currency.

A TRUE BILL:

/S/
-----------------------
GRAND JURY FOREPERSON

DAVID B. BARLOW
United States Attorney

*[signature]*

JACOB S. TAYLOR
Special Assistant United States Attorney